UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 19-00116-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ANDRE L. JOHNSON | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

On August 1, 2023, Defendant Andre L. Johnson ("Johnson") filed a letter motion (Record Document 46) requesting correction of his sentence. Specifically, he asks the Court to give him "jail credits" for his state and federal sentences to run concurrently. See Record Document 46.

The Court has no authority to grant Johnson the relief he requests. Pursuant to 18 U.S.C. § 3585(b), the Attorney General, through the Bureau of Prisons ("BOP"), is charged with calculating a defendant's credit for any time served in federal custody. If a defendant wishes to challenge this calculation, he must first exhaust his available administrative remedies through the BOP before litigating in federal court. See United States v. Wilson, 503 U.S. 329, 335, 112 S. Ct. 1351, 1354-55 (1992). After exhaustion of all administrative remedies, the defendant may then seek review in federal court by filing a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, in the district where he is incarcerated. See Pack v. Yusuff, 218 F.3d 448, 451 (5th Cor. 2000). In this case, Johnson has made no showing that he has exhausted his administrative remedies through BOP.

Accordingly,

**IT IS ORDERED** that Johnson's letter requesting correction of sentence (Record Document 46) be and is hereby **DENIED WITHOUT PREJUDICE** to his right to re-file after he has exhausted his administrative remedies with the BOP.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 17th day of August, 2023.

_____
S. MAURICE HICKS, JR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT